AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 7:17MJ005 | Date and time warrant executed: 1-23-17 5:00PM | Copy of warrant and inventory left with: On file with USPIS |

Inventory made in the presence of:
S/A Bartley

Inventory of the property taken and name of any person(s) seized:

- Seven (7) bundles of a green leafy substance that field tested positive for marijuana.
- Total Weight: 8 pounds 6.5 ounces

SPM

**Received in Chambers**
by electronic mail
January 25, 2017
at 12:43 PM
**Hon. Robert S. Ballou**
**United States Magistrate**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
Jan. 25, 2017
JULIA C. DUDLEY, CLERK
BY: A. Melvin
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-23-17

Sean P. McCafferty
*Executing officer's signature*

Sean P. McCafferty, U.S. Postal Inspector
*Printed name and title*